# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 09-cr-00083-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PAULA JONES,

      Defendant.

---

## MINUTE ORDER[1]

---

On **July 9, 2010**, commencing at 2:30 p.m., the court shall conduct a hearing on the probation violation.  That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  April 20, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.